IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>T. FELKER; et al.,<br><br>Defendants. | No. CV 08-1799 CTB<br><br>ORDER TO CLOSE CASE |

George L. Howell ("Howell"), a California prisoner, is a pro se plaintiff in this 42 U.S.C. § 1983 action against officials of the High Desert State Prison in Susanville, California. On April 23, 2010, the Court dismissed Howell's complaint without prejudice, and granted Howell 30 days to file an amended complaint that states cognizable claims for relief. On May 24, 2010, the Court granted Howell's motion for a 90-day extension of time to file the amended complaint. Over 90 days have elapsed, and Howell has not filed an amended complaint. The Clerk of the Court is hereby ORDERED to close this case.

DATED: August 27, 2010

/s/ Carlos Bea
Hon. Carlos T. Bea
U.S. Court of Appeals for the
Ninth Circuit, sitting by
designation